Daniel M. Cislo Esq., No. 125,378
dancislo@cislo.com
C. Wook Pak, No. 244,780
wpak@cislo.com
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 979-9190
Telefax: (310) 394-4477

Attorneys for Defendants,
Zoetop Business Co., Ltd.,
Shein Distribution Corp.,
and Shein US Services, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENJUAN BI,<br><br>  Plaintiff,<br><br>  V.<br><br>ZOETOP BUSINESS CO., LTD., SHEIN DISTRIBUTION CORP., SHEIN US SERVICES, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>  Defendants. | CASE NO. Case No. 2:23-cv-02111-DSF-JC<br><br>**DEFENDANTS ZOETOP BUSINESS CO., LTD., SHEIN DISTRIBUTION CORP., AND SHEIN US SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Hon. Dale S. Fischer<br><br>Action Filed: March 21, 2023 |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendants Zoetop Business Co., Ltd. (hereafter "Zoetop"), Shein Distribution Corp. (hereafter "SDC"), and Shein US Services, LLC (hereafter "SUS"), certifies that:

(1) Zoetop was a private Hong Kong Company with no operating parent company, and no publicly held corporation owns 10% or more of its stock; however, Zoetop is no longer in operation;

(2) SDC is a Delaware corporation whose indirect operating parent is Roadget Business Pte. Ltd., and no publicly held corporation owns 10% or more of SDC's stock; and

(3) SUS is a Delaware corporation whose indirect operating parent is Roadget Business Pte. Ltd., and no publicly held corporation owns 10% or more of SDC's stock.

Dated: May 22, 2023         CISLO & THOMAS LLP


                            By:    /s/Daniel M. Cislo
                                   Daniel M. Cislo


                            Counsel for Defendants ZOETOP BUSINESS CO., LTD., SHEIN DISTRIBUTION CORP., and SHEIN US SERVICES, LLC