| | |
|---|---|
| **DUNCAN FIRM, P.A.**<br>James H. Bartolomei III (Bar No. 301678)<br>Email: james@duncanfirm.com<br>809 W. 3rd Street<br>Little Rock, AR 72201<br>Telephone: (501) 228-7600<br>Fax: (501) 228-0415<br><br>*Attorneys for Plaintiff WENJUAN BI* | **CISLO & THOMAS LLP**<br>Daniel M. Cislo Esq., No. 125,378<br>dancislo@cislo.com<br>C. Wook Pak, No. 244,780<br>wpak@cislo.com<br>12100 Wilshire Boulevard, Suite 1700<br>Los Angeles, California 90025<br>Telephone: (310) 979-9190<br>Telefax: (310) 394-4477<br><br>*Attorneys for Defendants, Zoetop Business Co., Ltd., Shein Distribution Corp., and Shein US Services, LLC* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WENJUAN BI,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD., SHEIN DISTRIBUTION CORP., SHEIN US SERVICES, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>　　　　　　　Defendants. | 2:23-cv-02111-DSF-JC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, Wenjuan Bi, and Defendants, Zoetop Business Co., LTD., Shein Distribution Corp., and Shein US Services, LLC (collectively, "the Parties") hereby jointly submit this Notice of Settlement and Stipulation of Dismissal with Prejudice.

　　　Pursuant to Local Rule 40-2, the Parties hereby provide this notice to the court that the Parties have resolved this matter via a confidential settlement agreement ("Agreement"). The terms of settlement are confidential. Plaintiff and Defendants also stipulate to a dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the

1  Federal Rules of Civil Procedure, and the terms of the confidential settlement
2  agreement, with each party to bear her or its own costs and attorneys' fees. The parties
3  request that the court retain jurisdiction for the purpose of enforcing the terms of the
4  settlement agreement.

Dated: June 20, 2023

Respectfully submitted,

**DUNCAN FIRM, P.A.**

*/s/ James H. Bartolomei*
James H. Bartolomei

*Attorneys for Plaintiff Wenjuan Bi*

*/s/ C. Wook Pak*
Daniel M. Cislo
C. Wook Pak

*Attorneys for Defendants, Zoetop Business Co., Ltd., Shein Distribution Corp., and Shein US Services, LLC*

# PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above case via email at their respective business addresses on June 20, 2023 to and via the Court's ECF system:

**DUNCAN FIRM, P.A.**
James H. Bartolomei III (Bar No. 301678)
Email: james@duncanfirm.com
809 W. 3rd Street
Little Rock, AR 72201
Telephone: (501) 228-7600
Fax: (501) 228-0415

I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge, and belief.

By: */s/ C. Wook Pak*